01129/59430-JDB



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JOE F. JENKINS and JOAN J. JENKINS, Individually, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | )   No. 1-05-1072 T/An ) |
| ALDERMAN GREG HORTON, JIM PILLOW, MAYOR GEORGE KILLEBREW and THE CITY OF MILAN, | ) ) ) ) ) |
| Defendants. | ) |

## RULE 16(b) SCHEDULING ORDER

Pursuant to the Scheduling Conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (Rule 26(a)(1)):**   August 12, 2005

**JOINING PARTIES:**

    For Plaintiff:   September 29, 2005

    For Defendants:   October 28, 2005

**AMENDING PLEADINGS:**

    For Plaintiff:   September 29, 2005

    For Defendant:   October 28, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/19/05

01129/59430-JDB

**COMPLETING ALL DISCOVERY:**         February 10, 2006

    (a)    **Request for Production, Interrogatories, and Requests for Admission:**         February 10, 2006

    (b)    **Expert Disclosure (Rule 26(a)(2)):**

        (i)    Plaintiff's Experts:         November 10, 2005

        (ii)    Defendant's Experts:         December 9, 2005

        (iii)    Supplementation under Rule 26(e):         December 19, 2005

    (c)    **DEPOSITIONS OF EXPERTS:**   February 10, 2006

**FILING DISPOSITIVE MOTIONS:**         March 7, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a)    For Plaintiff:   April 21, 2006

    (b)    For Defendant:   May 8, 2006

Parties shall have ten (10) days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last three (3) days and is **SET** for **JURY TRIAL June 7, 2006**, at **9:30 a.m.**  A joint pretrial order is due on May 26, 2006.  In the event the parties are unable to agree on a joint pretrial order, the parties must notify the Court at least ten (10) days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery.  For example, if the FRCP allows 30 days for a party

2

01129/59430-JDB

to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery. Additionally, each party will be permitted to submit Thirty-five (35) interrogatories and each party will be permitted to conduct Twenty (20) depositions.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the Court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required. The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

***The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery</u>.***

3

01129/59430-JDB

This Order has been entered after consultation with trial counsel pursuant to Notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

This the _8th_ day of _____July_____, 2005.

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:

SPRAGINS, BARNETT, COBB & BUTLER, PLC

By: _Clinton H. Scott by Dal C w/ permission_
Mr. Lewis L. Cobb, BPR 05369
Mr. Clinton H. Scott
312 East Lafayette Street
P.O. Box 2004
Jackson, TN 38302
*Attorney for Plaintiffs*

MCLEAN & MCLEAN, P.C.

By: _Fred McLean by Dal C w/ permission_
Mr. Fred McLean, BPR 09875
206 West Washington Street
Paris, TN 38242-4013
*Attorneys for Defendant Jim Pillow*

HARRIS SHELTON HANOVER WALSH PLLC

By: _Edward J. McKenney by Dal C w/ permission_
Mr. Edward J. McKenney, BPR 05380
One Commerce Square, Suite 2700
Memphis, TN 38103
*Attorneys for Defendant Greg Horton*

01129/59430-JDB

FLIPPIN, COLLINS & HILL, P.L.L.C.

By: _____Michael R. Hill by Dale Conder w/ permission_____
Mr. Michael R. Hill, BPR 17409
1066 South Main Street
P.O. Box 679
Milan, TN  38358-0679
*Attorneys for Defendants, City of Milan, TN
and George Killebrew in his official capacity*

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: _____
John D. Burleson, BPR 10400
Dale Conder, Jr., BPR 15419
209 East Main Street
P. O. Box 1147
Jackson, TN  38302-1147
*Attorneys for Defendant George Killebrew,
in his individual capacity*

5

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:05-CV-01072 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Fred N. McLean
McLEAN AND McLEAN
206 W. Washington Street
Paris, TN 38242

Honorable James Todd
US DISTRICT COURT