01129/59430-JDB

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JOE F. JENKINS and JOAN J. JENKINS, Individually, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 1-05-1072 T/An ) |
| ALDERMAN GREG HORTON, JIM PILLOW, MAYOR GEORGE KILLEBREW and THE CITY OF MILAN, | ) ) ) ) |
| Defendants. | ) |

### ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF THIRTY DAYS IN WHICH TO RESPOND TO DEFENDANT GEORGE KILLEBREW'S MOTION FOR SUMMARY JUDGMENT

This matter came before the Court pursuant to Plaintiff Joe Jenkins's Motion seeking additional time in which to respond to Defendant George Killebrew's motion for summary judgment.

Based upon the motion and supporting memorandum filed on behalf of Joe Jenkins and the response of Defendant George Killebrew, the Court finds that Plaintiff Joe Jenkins has shown good cause for an extension of time of an additional ~~thirty (30)~~ sixty (60) days up to and including ~~August 25, 2005~~ September 26, 2005, in which to respond to Defendant George Killebrew's motion for summary judgment.

This the 22 day of July, 2005.

_____
JAMES D. TODD, Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 7/27/05

30

01129/59430-JDB

APPROVED FOR ENTRY:

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: _____
JOHN D. BURLESON, BPR #10400
DALE CONDER, JR., BPR #15419
Attorneys for Defendant George Killebrew,
in his individual capacity
209 East Main Street
P. O. Box 1147
Jackson, TN  38302-1147
(731) 423-2414

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon counsel for each of the parties by mailing postage prepaid or by delivery to the person or office of such counsel.

| | |
|---|---|
| Mr. Lewis L. Cobb<br>Mr. Clinton H. Scott<br>Spragins, Barnett, Cobb & Butler, PLC<br>312 East Lafayette Street<br>P.O. Box 2004<br>Jackson, TN  38302<br>*Attorney for Plaintiffs* | Mr. Michael R. Hill<br>Flippin, Collins & Hill, P.L.L.C.<br>1066 South Main Street<br>P.O. Box 679<br>Milan, TN  38358-0679 |

Mr. Fred McLean
McLean & McLean, P.C.
206 West Washington Street
Paris, TN  38242-4013

Mr. Edward J. McKenney
Harris Shelton Hanover Walsh, PLLC
One Commerce Square, Suite 2700
Memphis, TN  38103

This the ____ day of _____, 2005.

_____

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:05-CV-01072 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Fred N. McLean
McLEAN AND McLEAN
206 W. Washington Street
Paris, TN 38242

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT