IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JOE F. JENKINS and JOAN J. JENKINS, Individually, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) No. 1-05-1072-T/An ) ) JURY DEMANDED |
| ALDERMAN GREG HORTON, JIM PILLOW, MAYOR GEORGE KILLEBREW and THE CITY OF MILAN | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL OF COUNT IV OF THE COMPLAINT ALLEGING VIOLATION OF 42 U.S.C. § 1985-CONSPIRACY

COME NOW the Plaintiffs, by and through their attorneys of record, and would state unto the Court that Plaintiffs wish to voluntarily dismiss Count IV of the Complaint alleging violations of 42 U.S.C. § 1985 (Conspiracy), but that all other counts of the Complaint remain in full force and effect;

IT IS, THEREFORE, ORDERED that Count IV of Plaintiffs' Complaint alleging violations of 42 U.S.C. § 1985 are hereby voluntarily dismissed without prejudice.

ENTER this the 3 day of August, 2005.

_____
U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/5/05

APPROVED FOR ENTRY:

SPRAGINS, BARNETT, COBB & BUTLER, PLC

By: _____
    LEWIS L. COBB #005369
    Attorney for Plaintiffs
    P.O. Box 2004, 312 East Lafayette Street
    Jackson, TN 38302
    (731) 424-0461

_____
FRED N. MCLEAN
Attorney for Jim Pillow
206 W. Washington Street
Paris, TN 38242
(731) 642-3273

HARRIS SHELTON HANOVER WALSH, PLLC

By: _____
    EDWARD J. McKENNEY, JR.
    Attorney for Alderman Greg Horton
    One Commerce Square, Suite 2700
    Memphis, TN 38103
    (901) 525-1455

FLIPPIN, COLLINS & HILL

By: _____
    FRED COLLINS
    Attorney at Law
    P.O. Box 679
    Milan, TN 38358-0679
    (731) 424-6079

RAINEY, KIZER, REVIERE & BELL

By: _____
    JOHN D. BURLESON
    DALE CONDER
    Attorneys for Mayor George Killebrew
    P.O. Box 1147
    Jackson, TN 38302-1147
    (731) 423-2414

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:05-CV-01072 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Fred N. McLean
McLEAN AND McLEAN
206 W. Washington Street
Paris, TN 38242

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT