01129/59430-JDB

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JOE F. JENKINS and JOAN J. JENKINS, )
Individually, )
 )
 )
 Plaintiffs, )
 )
 )
vs. ) No. 1-05-1072 T/An
 )
ALDERMAN GREG HORTON, JIM PILLOW, )
MAYOR GEORGE KILLEBREW and )
THE CITY OF MILAN, )
 )
 )
 Defendants. )

---

### ORDER GRANTING DEFENDANT GEORGE KILLEBREW'S MOTION TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT

---

This matter came before the Court pursuant to Defendant George Killebrew's Motion to Reply to Plaintiff's Response to Motion for Summary Judgment. Although Plaintiff could not agree to the motion, it appears Plaintiff is not going to oppose the motion. The Court finds the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Defendant George Killebrew shall file a reply to Plaintiff's Response to Motion for Summary Judgment within ten days of the entry of this Order and the reply shall not exceed ten pages.

This the 3rd day of October, 2005.

_____
THE HONORABLE JAMES D. TODD, Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/3/05

01129/59430-JDB

APPROVED FOR ENTRY:

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: _____
DALE CONDER, JR., BPR #15419
JOHN D. BURLESON, BPR #10400
Attorneys for Defendant George Killebrew,
in his individual capacity
209 East Main Street
P. O. Box 1147
Jackson, TN  38302-1147
(731) 423-2414

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon counsel for each of the parties by mailing postage prepaid or by delivery to the person or office of such counsel.

| | |
|---|---|
| Mr. Lewis L. Cobb<br>Mr. Clinton H. Scott<br>Spragins, Barnett, Cobb & Butler, PLC<br>312 East Lafayette Street<br>P.O. Box 2004<br>Jackson, TN  38302<br>*Attorney for Plaintiffs* | Mr. Michael R. Hill<br>Flippin, Collins & Hill, P.L.L.C.<br>1066 South Main Street<br>P.O. Box 679<br>Milan, TN  38358-0679 |

Mr. Fred McLean
McLean & McLean, P.C.
206 West Washington Street
Paris, TN  38242-4013

Mr. Edward J. McKenney
Harris Shelton Hanover Walsh, PLLC
One Commerce Square, Suite 2700
Memphis, TN  38103

This the 27th day of September, 2005.

_____

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 1:05-CV-01072 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Fred N. McLean
McLEAN AND McLEAN
206 W. Washington Street
Paris, TN 38242

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Honorable James Todd
US DISTRICT COURT