# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| JOE F. JENKINS, Individually, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1-05-1072-T/An |
| | ) JURY DEMANDED |
| ALDERMAN GREG HORTON, JIM PILLOW, MAYOR GEORGE KILLEBREW and THE CITY OF MILAN | ) |
| Defendants. | ) |

## ~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to the Plaintiff's Motion for Leave to File Amended Complaint and Memorandum in support thereof, this Court finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Leave to File Amended Complaint is granted, allowing the Plaintiff to file an Amended Complaint in this matter.

IT IS SO ORDERED.

ENTER this the 4th day of November, 2005.

_S. Thomas Anderson  USMJ_
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  11/8/05



APPROVED FOR ENTRY:

SPRAGINS, BARNETT, COBB & BUTLER, PLC

By: _Lewis Cobb by permission_ /s/ Clint Scott
LEWIS L. COBB #005369
Attorney for Plaintiff
P.O. Box 2004, 312 East Lafayette Street
Jackson, TN 38302
(731) 424-0461

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed, by U.S. mail, postage prepaid, to the following on this the 29 day of September, 2005:

Fred N. McLean
Attorney at Law
206 W. Washington Street
Paris, TN 38242

John D. Burleson
Rainey, Kizer, Reviere & Bell
P.O. Box 1147
Jackson, TN 38302-1147

Edward J. McKenney, Jr.
Harris Shelton Hanover Walsh, PLLC
One Commerce Square, Suite 2700
Memphis, TN 38103

Michael R. Hill
Fred Collins
Flippin, Collins & Hill
P.O. Box 679
Milan, TN 38358

_/s/ Clint Scott_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 1:05-CV-01072 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Fred N. McLean
McLEAN AND McLEAN
206 W. Washington Street
Paris, TN 38242

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT