IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JOE F. JENKINS Individually, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1-05-1072-T/An |
| | ) JURY DEMANDED |
| ALDERMAN GREG HORTON, JIM PILLOW, MAYOR GEORGE KILLEBREW and THE CITY OF MILAN | ) |
| Defendants. | ) |

## ~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S MOTION
## TO EXTEND DEADLINE FOR PRODUCTION OF EXPERT DISCLOSURES

Pursuant to the Plaintiff's Motion to Extend Deadline for Production of Expert Disclosures and Memorandum in support thereof, this Court finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Plaintiff's Motion to Extend Deadline for Production of Expert Disclosures is granted modifying the Scheduling Order as follows:

    (b)   **EXPERT DISCLOSURE (Rule 26(a)(2):**
    (i)    Plaintiff's Expert: **December 12, 2005**
    (ii)   Defendant's Expert: **January 12, 2006**
    (iii)  Supplementation under Rule 26(e): **January 31, 2006**

IT IS SO ORDERED.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/17/05

ENTER this the 15th day of November, 2005.

_S. Thomas Anderson_
U.S. DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

SPRAGINS, BARNETT & COBB, PLC

By: _Clint Scott_
CLINTON H. SCOTT #23008
LEWIS L. COBB #005369
Attorney for Plaintiff
P.O. Box 2004, 312 East Lafayette Street
Jackson, TN 38302
(731) 424-0461

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed, by U.S. mail, postage prepaid, to the following on this the 10 day of November, 2005:

Fred N. McLean
Attorney at Law
206 W. Washington Street
Paris, TN 38242

Edward J. McKenney, Jr.
Harris Shelton Hanover Walsh, PLLC
One Commerce Square, Suite 2700
Memphis, TN 38103

John D. Burleson
Rainey, Kizer, Reviere & Bell
P.O. Box 1147
Jackson, TN 38302-1147

Michael R. Hill
Fred Collins
Flippin, Collins & Hill
P.O. Box 679
Milan, TN 38358

_Clint Scott_



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 1:05-CV-01072 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Fred N. McLean
McLEAN AND McLEAN
206 W. Washington Street
Paris, TN 38242

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT