IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JOE F. JENKINS, Individually, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1-05-1072-T/An |
| | ) JURY DEMANDED |
| ALDERMAN GREG HORTON, JIM PILLOW, MAYOR GEORGE KILLEBREW and THE CITY OF MILAN | ) |
| Defendants. | ) |

## ORDER

Pursuant to Stipulation of Voluntary Dismissal between the parties, only the Plaintiff's claims against the Defendant, Jim Pillow, in his individual capacity, are hereby dismissed without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

ENTER this the 21st day of November, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/22/05

APPROVED FOR ENTRY:

SPRAGINS, BARNETT & COBB, PLC

By: _____
LEWIS L. COBB #005369
CLINTON H. SCOTT #23008
Attorney for Plaintiff
P.O. Box 2004, 312 East Lafayette Street
Jackson, TN 38302
(731) 424-0461

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed, by U.S. mail, postage prepaid, to the following on this the 17 day of November, 2005:

Fred N. McLean
Attorney at Law
206 W. Washington Street
Paris, TN 38242

Edward J. McKenney, Jr.
Harris Shelton Hanover Walsh, PLLC
One Commerce Square, Suite 2700
Memphis, TN 38103

John D. Burleson
Rainey, Kizer, Reviere & Bell
P.O. Box 1147
Jackson, TN 38302-1147

Michael R. Hill
Fred Collins
Flippin, Collins & Hill
P.O. Box 679
Milan, TN 38358

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 1:05-CV-01072 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Fred N. McLean
McLEAN AND McLEAN
206 W. Washington Street
Paris, TN 38242

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT