# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

JOE F. JENKINS,                      )
                                     )
      Plaintiff,                 )
                                     )
vs.                                  )        NO.: 05-1072-T-An
                                     )
ALDERMAN GREG HORTON, et al.,        )
                                     )
      Defendants.                )

---

## ORDER

---

Before the Court is Plaintiff's Motion to Set Aside And/Or Revise Scheduling Order and Motion for Trial Continuance. For good cause shown, the Motion is **GRANTED**.

Counsel are therefore directed to confer regarding proposed deadlines for completion of discovery and filing dispositive motions, and submit a proposed Amended Scheduling Order to the Court within 15 days from entry of this Order. After the Court has received and approved a new Scheduling Order, the Court will set the trial date.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: December 29, 2005

1

This document entered on the docket sheet In compliance
with Rule 58 and/or 79 (a) FRCP on 12|29|05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 1:05-CV-01072 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

John D. Burleson
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38301

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
1066 South Main Street
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Fred N. McLean
McLEAN AND McLEAN
206 W. Washington Street
Paris, TN 38242

Honorable James Todd
US DISTRICT COURT